```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FELIPE GERARDO SAPON SAPON, JORDAN      :    17cv8982(DLC)
SAPON SAPON, ESTEBAN SAPON SAPON,       :
FRANCISCO QUINO, and MARVIN YOENEL      :       ORDER
SALVADOR AJCET, on behalf of            :
themselves and those similarly          :
situated,                               :
                                        :
                        Plaintiffs,     :
                                        :
                -v-                     :
                                        :
144 NINTH GOTHAM PIZZA, INC., (d/b/a    :
GOTHAM PIZZA), 852 EIGHTH GOTHAM PIZZA  :
INC., (d/b/a GOTHAM PIZZA), MICHAEL     :
SHAMAILOV and LANA SHAMAILOV, jointly   :
and severally,                          :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-1-2018

DENISE COTE, DISTRICT JUDGE:

On April 30, 2018, plaintiffs filed a letter indicating that the parties have agreed to a negotiated settlement in this Fair Labor Standards Act ("FLSA") action. The parties request that the Court approve the settlement agreement and dismiss the above-captioned case with prejudice. The settlement would resolve the claims of the six individual plaintiffs for the amount of $125,000, of which amount $25,000 will go to the plaintiffs' counsel.

The FLSA requires that employers who violate the requirement that overtime wages be paid, pay not only the unpaid

overtime compensation, but also an additional equal amount as liquidated damages. Because the proposed settlement in this action is for less than this total possible recovery, the settlement must be scrutinized by the Court to ensure that it is fair. See, e.g., Elliott v. Allstate Investigations, Inc., No. 07cv6078(DLC), 2008 WL 728648, at *1 (S.D.N.Y. Mar. 19, 2008). The Court has reviewed the plaintiffs' April 30 letter and the supporting documentation. Accordingly, it is hereby

ORDERED that the proposed settlement agreement, providing for a payment by defendants of $125,000 is fair and reasonable.

IT IS FURTHER ORDERED that the provision of $25,000 of the defendants' settlement payment to plaintiffs' counsel for attorneys' fees is fair and reasonable.

IT IS FURTHER ORDERED that the Clerk of Court is directed to close the case.

SO ORDERED:

Dated:    New York, New York
          May 1, 2018

```
                              _____
                                       DENISE COTE
                              United States District Judge
```