UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
FELIPE GERARDO SAPON SAPON, JORDAN SAPON SAPON,
ESTEBAN SAPON SAPON, FRANCISCO QUINO, and
MARVIN YOENEL SALVADOR AJCET on behalf of
themselves and those similarly situated,

**PLAINTIFFS' COLLECTIVE
ACTION COMPLAINT
WITH JURY DEMAND**
8982

Civil Case No.: 17-cv-8289 (DLC)
Related case: 15-cv-4069

            Plaintiffs

v.

144 NINTH GOTHAM PIZZA, INC., (d/b/a GOTHAM PIZZA),
852 EIGHTH GOTHAM PIZZA INC., (d/b/a GOTHAM PIZZA),
MICHAEL SHAMAILOV and LANA SHAMAILOV,
jointly and severally,

            Defendants.
-------------------------------------------------------------------x

| USDC SDNY |
| DOCUMENT |
| ELECTRONIC**✗ FILED** |
| DOC #: |
| DATE FILED: 6/11/2018 |

## STIPULATION OF DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED by and among all Plaintiffs and all

Defendants that, pursuant to the terms of a settlement agreement reached between the Plaintiffs

and the Defendants, the above captioned matter be dismissed with prejudice, with no award of

counsel fees or costs by the Court to either side, subject to Plaintiffs' right to reopen the matter

and resume litigation in the event that Defendants breach the terms of the settlement agreement.

Mirer Mazzocchi Julien & Chickedantz, PLLC

By: _____
Ria Julien
150 Broadway, Suite 1200
New York, New York 10038
(212) 231-2235
*Counsel for Plaintiffs*

Long Tuminello, LLP

By: _____
Harold Seligman
120 Fourth Avenue - Suite 120
Bay Shore, New York 11706
Tel. (631) 666-2500
*Counsel for Defendants*

SO ORDERED:

Dated:    New York, New York

So ordered.

*[signature]*
June 11, 2018

CPAM: 6618053.7CPAM: 6618053.7